## SMITH v. STATE.
### No. 13769.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

Earl M. Greer, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

#### MARTIN. J.

Offense, the unlawful sale of intoxicating liquor; penalty, one year in the penitentiary.

No statement of facts accompanies the record, nor does there appear to have been any notice of appeal entered of record as required by law to give this court jurisdiction.

The appeal is accordingly dismissed.

#### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.